IN THE UNITED STATES DICTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 16 2014

JAMES W. McCORMACK, CLERK
By: _____ Plaintiff _____ DEP CLERK

Bishmael H. Obamas, ADC #145160
Jack Freeman, ADC#140176

Vs.

Case No. 1:14-cv-029 KGB/JTR
Judge:
Magistrate Judge:

Dr. Melvin Nance, Tiera Pickering, (RN)
Jennifer Horn LPN & Billy Cowell(LPN, HSA),
et al                                    Defendant

This case assigned to District Judge Baker
and to Mr. [illegible] Ray

### Complaint with Jury Demand

*Introduction*

This is a Civil Rights action filed by Plaintiff Jack Freeman and Bishmael Obamas, State Prisoners, for damages and injunctive relief under 42 U.S. C.§ 1983 , alleging: Equal Protection Rights and the Right to be free from cruel and unusual Punishment under the United States Constitution 1st and 8th Amendments; the Plaintiff also allege the Torts of <u>Negligence, Medical Malpractice</u> and <u>Deliberate Indifference to Human Health.</u>

*Jurisdiction*

1.) The court has Jurisdiction over the Plaintiff's Claims of violation of Federal Constitutional Rights under 42 U.S.C.§ 1331 (1) and 1343.

2.) The Court has Supplemental Jurisdiction over the Plaintiff''s State Law Tort Claims under 28 U.S. C. § 1367.

*Parties*

3.) The Plaintiff Freeman and Obamas,
were a State Prisoner at the time and during the events described in this complaint

4.) Defendant's Dr. Melvin Nance, Ms. Tiera Pickering(RN), Ms. Jennifer Horn(LPN) and Mr. Billy Cowell(LPN/HSA), were and still and employees of "Correctional Correct Solutions(ccs) which are the medical Providers for Arkansas Department of Corrections(ADC). They are sued in their Individual Personal Capacities.

5.) Defendant Dr. Melvin Nance (Doctor) in the charge of the medical decisions of the inmates housed at the Grimes Unit. He has complete Medical Authority to Discontinue, Reorder or order the further evaluations on current or past medical conditions.

6.) Defendant Ms. Tiera Pickering (RN) is the (Charge nurse) of the shift she works. She is responsible for reviews all sick calls and walk-ins for the unit on her shift as well as any other duties outlined by Ms. Brenda Bridgeman, RN, D.O.N.

7.) Defendant Ms. Jennifer Horn (LPN) is in charge of Grievances, Administrative Appeals and any other duties outlined by Ms. Brenda Bridgeman,( RN /D.O.N.)

8.) Defendant Mr. Billy Cowell (HSA) is in charge of the Units Medical Department. He is in charge of responding to the Grievances and the Administrative Appeals on grievances. He is also in charge of reviewing all Medical Decisions that create doubt from Nurses and make the necessary decision or refer to Provider.

9.) All Defendants have acted and continue to act, under the color of State Law at all times relevant to this complaint.

10.) The said Plaintiff Jack Freeman and Bishmael Obamas being under the medical care of the above defendants at the Grimes Unit and being Medically Diagnosed with "Degenerative Disc Disease" from his ( T8-9 to T 10-11) and mid to Lower Throacic Scoliosis since 12-28-12 and 9-1013. He has been purposely sadistically and maliciously taken off his treatments or refused the treatment there of.
On 1-13-14 Plaintiff was seen by Dr.Melvin Nance for (Back Pains) and ordered the Plaintiff Gabapentin 800mg 3x a day.
On 2-2-14 while Ms. Jennifer Horn was conducting Pill Call in (Segregation)5-side when I noticed she didn't wear any safety gloves. When Ms. Horn got to Plaintiffs cell, the Plaintiff informed Ms. Horn that he would like her to please wear gloves when handling his medication, At which tome Ms. Horn got irritated and put my 800mg Gabapenton on Plaintiffs food flap and left. Plaintiff left the pill on the flap and requested for the Shift Supervisor (Lieutenant). Plaintiff was permitted by Sgt. Richard Fry to leave the pill on the flap in Plain View of the cameras and CPL. Logan Butler is a witness to said incident.
On 2-4-14 at approx. 4;00am Ms. Horn returned for pill call and advised me *"I'll have to speak with Dr. Nance before I can give you your Gabapentin"*. Ms. Horn notified Dr. Nance that she caught Me Hoarding & Misusing my medication and she doesn't think I need it. On 2-4-14 Dr. Nance **Discontinued My Medication**(Gabapentin 800mg) and it was signed off by Ms. Bridgeman(RN / D. O. N.) for misuse. Ms. Horn purposely and out of Anger lied and falsified documents to get Plaintiffs only Pain Medication terminated which violates inmates 1st and 8th Amendment Rights to the U. S. Constitution. Plaintiff wrote an Informal Resolution (Grievance) which was answered by Billy Cowell (See Attached) which only addressed the " glove issue" which stated Ms. Horn wore gloves to prepare the Pills.
(If the Pill Call Log would have been checked Ms. Horn didn't sign the Pill Log which means She didn't Prepare the Pill another nurse did) Therefore, Billy Cowell failed to properly investigate and respond to the grievance by not addressing the issue of the Pain Medication or calling any of said witnesses which violates Inmates 1st Amendment to the U.S. constitution.

The Plaintiff further states that he was seen during the month of February 4th, 2014 by Ms. Tiera Pickering (RN) in which case she failed to give Plaintiff <u>any</u> Pain Medication not even over the counter(Tylenol or Ibuprofen), lone knows the Plaintiff has Back Injuries and <u>refused</u> him access to the doctor or certified nurse(Advanced Practitioners Nurse) even after several complaints by Plaintiff of pain in back. Her reason was the Doctor told her not to.
Per Policy after inmate has been seen three (3) times by sick call the nurse is to refer to the Provider for further Treatment, which she Knowingly and Purposely caused the Plaintiff Prolonged Pain with no remedy which constitutes Cruel & Unusual Punishment since the Plaintiff does have an injury severe enough to at least be provided Tylenol or Ibuprofen for relief.
On 3-21-14- Lt. Johnathan Pickering (husband to nurse Tiera Pickering) called the Infirmary and spoke to the (charge nurse(his wife) Tiera Pickering,(RN) and stated he doesn't think Plaintiff needs his Back Brace cause he's never seen wearing it therefore it should be discontinued, Ms. Pickering took the advice of her husband( security) and had my Back Brace Discontinued.
On 3-22-14 I asked Pill Call Nurse Ms. Sharon Armstrong (LPN) if she knew anything about it and she stated "no". On 3-23-14, I asked Sgt. Bradley Howard Robertson what happened and he said Lt. Pickering only asked Security Staff, <u>not</u> Medical if they have seen Inmate with Brace on! I filled out a sick call & was seen by Tiera Pickering (RN) who stated: the Back Brace was for comfort & "not a necessity", I informed her I has Scoliosis and the brace prevents it from setting worse when I'm wearing it as ordered. She told me "Alot of People have scoliosis and I'm only 25 yrs. old , therefore I'm okay cuz it will get worse! By Ms. Pickering taking away my Back Brace with No Justifiable Reason she has in an essence Played a Part in my Medical Negligence / Malpractice Suit and has caused the Plaintiff unnecessary Discomfort and the Possibility of further Injury which constitutes cruel and unusual punishment.
The Plaintiff further states that Dr. Melvin Nance has caused the Plaintiff severe pain and anguish by not properly treating Plaintiffs Diagnosis of Back Pain or the relief thereof. Dr. Nance okayed the nurses to discontinue my pain medication, back brace,& to allow them not to give me any treatment or relief through the sick call process. According to Ms. Pickering(RN) he D/C'd my back brace on her request, and was the one to tell her to not give me relief in a Sick Call Procedure. In further review he also failed to tell Plaintiff of his back condition until Plaintiff requested it. Dr Nance also put Plaintiff on 25mg Indomethacin two times (2x aday) for 10 days followed by a 7 day " Holiday" **and no Pain Reliever During those 7 days, which caused the Plaintiff Mental as well as Physical anguish.**
Therefore due to the Purposeful actions of Dr. Nance *he knowingly caused Plaintiff unecessary Pain and improper medical attention to such a degree as to constitute Cruel & Unusual Punishment, and violated his equal protection rights.*

### *Medical Negligence*

11.) The said Plaintiff Jack Freeman and Bishmael Obamas being under the medical care of the above defendants at the Grimes Unit and being Medically Diagnosed with "Degenerative Disc Disease" from his ( T8-9 to T 10-11) and mid to Lower Throacic Scoliosis since 12-28-12 and 9-1013. He has been purposely sadistically and maliciously taken off his treatments or refused the treatment there of.
On 1-13-14 Plaintiff was seen by Dr.Melvin Nance for (Back Pains) and ordered the Plaintiff Gabapentin 800mg 3x a day.
On 2-2-14 while Ms. Jennifer Horn was conducting Pill Call in (Segregation)5-side when I noticed she didn't wear any safety gloves. When Ms. Horn got to Plaintiffs cell, the Plaintiff

informed Ms. Horn that he would like her to please wear gloves when handling his medication, At which tome Ms. Horn got irritated and put my 800mg Gabapenton on Plaintiffs food flap and left. Plaintiff left the pill on the flap and requested for the Shift Supervisor (Lieutenant). Plaintiff was permitted by Sgt. Richard Fry to leave the pill on the flap in Plain View of the cameras and CPL. Logan Butler is a witness to said incident.
On 2-4-14 at approx. 4;00am Ms. Horn returned for pill call and advised me *"I'll have to speak with Dr. Nance before I can give you your Gabapentin"*. Ms. Horn notified Dr. Nance that she caught Me Hoarding & Misusing my medication and she doesn't think I need it. On 2-4-14 Dr. Nance **Discontinued My Medication**(Gabapentin 800mg) and it was signed off by Ms. Bridgeman(RN / D. O. N.) for misuse. Ms. Horn purposely and out of Anger lied and falsified documents to set Plaintiffs only Pain Medication terminated which violates inmates 1st and 8th Amendment Rights to the U. S. Constitution. Plaintiff wrote an Informal Resolution (Grievance) which was answered by Billy Cowell (See Attached) which only addressed the "glove issue" which stated Ms. Horn wore gloves to prepare the Pills.
(If the Pill Call Log would have been checked Ms. Horn didn't sign the Pill Log which means She didn't Prepare the Pill another nurse did) Therefore, Billy Cowell failed to properly investigate and respond to the grievance by not addressing the issue of the Pain Medication or calling any of said witnesses which violates Inmates 1st Amendment to the U.S. constitution.

The Plaintiff further states that he was seen during the month of February 4th, 2014 by Ms. Tiera Pickering (RN) in which case she failed to give Plaintiff any Pain Medication not even over the counter(Tylenol or Ibuprofen), lone knows the Plaintiff has Back Injuries and refused him access to the doctor or certified nurse(Advanced Practitioners Nurse) even after several complaints by Plaintiff of pain in back. Her reason was the Doctor told her not to.
Per Policy after inmate has been seen three (3) times by sick call the nurse is to refer to the Provider for further Treatment, which she Knowingly and Purposely caused the Plaintiff Prolonged Pain with no remedy which constitutes Cruel & Unusual Punishment since the Plaintiff does have an injury severe enough to at least be provided Tylenol or Ibuprofen for relief.
On 3-21-14- Lt. Johnathan Pickering (husband to nurse Tiera Pickering) called the Infirmary and spoke to the (charge nurse(his wife) Tiera Pickering,(RN) and stated he doesn't think Plaintiff needs his Back Brace cause he's never seen wearing it therefore it should be discontinued, Ms. Pickering took the advice of her husband( security) and had my Back Brace Discontinued.
On 3-22-14 I asked Pill Call Nurse Ms. Sharon Armstrong (LPN) if she knew anything about it and she stated "no". On 3-23-14, I asked Sgt. Bradley Howard Robertson what happened and he said Lt. Pickering only asked Security Staff, not Medical if they have seen Inmate with Brace on!
I filled out a sick call & was seen by Tiera Pickering (RN) who stated: the Back Brace was for comfort & "not a necessity", I informed her I had Scoliosis and the brace prevents it from getting worse when I'm wearing it as ordered. She told me "Alot of People have scoliosis and I'm only 25 yrs. old, therefore I'm okay cuz it will get worse! By Ms. Pickering taking away my Back Brace with No Justifiable Reason she has in an essence Played a Part in my Medical Negligence / Malpractice Suit and has caused the Plaintiff unnecessary Discomfort and the Possibility of further Injury which constitutes cruel and unusual punishment.
The Plaintiff further states that Dr. Melvin Nance has caused the Plaintiff severe pain and anguish by not properly treating Plaintiffs Diagnosis of Back Pain or the relief thereof. Dr. Nance okayed the nurses to discontinue my pain medication, back brace,& to allow them not to give me any treatment or relief through the sick call process. According to Ms. Pickering(RN) he D/C'd my back brace on her request, and was the one to tell her to not give me relief in a Sick Call

Procedure. In further review he also failed to tell Plaintiff of his back condition until Plaintiff requested it. Dr Nance also put Plaintiff on 25mg Indomethacin two times (2x aday) for 10 days followed by a 7 day " Holiday" **and no Pain Reliever During those 7 days, which caused the Plaintiff Mental as well as Physical anguish.**
Therefore due to the Purposeful actions of Dr. Nance *he knowingly caused Plaintiff unecessary Pain and improper medical attention to such a degree as to constitute Cruel & Unusual Punishment, and violated his equal protection rights.*


12.) All Defendants are Guilty of Medical Malpractice, Negligence, Deliberate Indifference and Cruel & unusual Punishment.

### *Exhaustion or Administrative Remedies*

13.) The Plaintiff have exhausted his Administrative Remedies with respect to all claims and all Defendants.

14.) The Plaintiff file a Grievance complaining misconduct of Ms. Horn and the Medical Malpractice and Negligence of the other named defendants and completed all the steps of the Grievance Process that was readily available to me.

### *Claims for Relief*

15.) The actions of Defendants Dr. Melvin Nance, Tiera Pickering, Jennifer Horn, and Billy Cowell in the Medical Malpractice and Negligence and the cruel and unusual punishment without the need or production, or failing to intervene to prevent the misuse of Medical Services were Punishment in violation of the Eighth Amendment of the United Sates Constitution and in violation of the Arkansas State Tort Law Claims for Negligence and Malpractice.

16.) The actions of Defendant Dr.Nance make for his failure to take actions against other defendants or any action to curb the Known Pattern of Malpractice and Negligence constituted Deliberate Indifference to the Plaintiffs Safety and contributed to Proximately caused the above described violation of Eighth Amendment Rights and Medical Malpractice, Deliberate Indifference and Negligence.

17.) The failure of Defendants to offer any kind of Treatment afterwards for the injuries constituted the Tort of Negligence and Medical Malpractice under the Law of Arkansas.


### **DEFENDANTS**

1.) <u>Dr. Melvin Nance</u> - For the Discontinuance of the Active Treatment w/ no further treatment plan, Failure to Properly treat Disc Disorder from getting worse, which was treatable with steroids and for not properly treating Scoliosis(No Brace), Also failure to accurately diagnose pain medication for severe pain disorder due to the Disc disorder.

2.) <u>Mr. Billy Cowell, RN (Health Service Administrator - HSA)</u> - For not Properly handling the grievance Procedure, Acting negligent on My Medical Complaints of wrong doing even when there were staff eye witnesses.

3.) Ms. Tiera Pickering, RN (charge nurse) - Denying me access to the Doctor (Medical Provider) when she was not qualified to treat Chronic Pain Disorder for the generative Disc Disease. D/C of <u>Back Brace</u> per Lt. Johnathan Pickering request when needed for( mid to lower scroliosis).

4.) Ms. Jennifer Horn, LPN (Medical Grievance Officer) - Falsifying documentation, Cruel and Unusual Punishment, Malpractice, etc. She had my Gabapenton 800mg, D/C'd when needed for <u>Back Pain</u>, It was my only pain medication.

## Relief Requested

Wherefore, Plaintiff request that the Court Start the following relief:

A.) Issue a Declaratory Judgment Stating that!

    1.) The Medical Malpractice, Negligence and Cruel and Unusual Punishment violated the Plaintiff's rights under the Eighth Amendment to the United Sates Constitution and constituted Malpractice and Negligence under Arkansas State Law.

    2.) Defendants Dr. Melvin Nance and Billy Cowell's failure to take action or to curb the Malpractice and Negligence as well as the Cruel and Unusual Punishment violated the Plaintiff's rights under the Eighth Amendment to the United States Constitution and Constituted Malpractice and Negligence under Arkansas State Law.

B.) Award Compensatory Damages in the following amounts:

    1.) $10,000 Joint / and Severally against Defendants Dr. Melvin Nance and Tiera Pickering for the Physical, and emotional Injuries sustained as a result to the Plaintiff's Medical Conditions.

    2.) $1000 Jointly / and Severally against Defendants Billy Cowell ,LPN / HSA and Ms. Jennifer Horn, LPN for the Negligence, Medical Malpractice, Deprivation of Liberty and Amenity and Emotional Injury resulting from the above and denial to curb the Defendants actions:

C.) Award Punitive Damages in the following amounts:
    1.)$5,000 against Defendants Dr. Nance and T. Pickering.

    2.) $1,500 against Defendants B. Cowell and J. Horn

D.) Grant such other relief as it may offer that Plaintiff are entitled to.

4-15-14
Date

Respectfully Submitted

*Bishmael H. Obamas* #145160

*Jack Freeman* #140176

300 Corrections Drive
Newport, Ar. 72112

### Certificate of Service

On 4-15th, 2014, a copy of the foresons §1983 complaint was mailed to :
United Sates District Court
Eastern District of Arkansas
600 W. Capitol Ave.
A-149
Little Rock, AR. 72201

Bishmael H. Obamas

Jack Freeman

4 / 15 / 2014

April 15th, 2014