**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JACK FREEMAN**  **PLAINTIFF**
**ADC #140176**

v.  Case No. 1:14-cv-00029-KGB/JTR

**DR. MELVIN NANCE,**
**Grimes Unit, ADC,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered separately today, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

SO ADJUDGED this the 3rd day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE